U.S. COURTS

APR 0 9 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
ERIN C. BLACKADAR, IDAHO STATE BAR NO. 8996
ASSISTANT UNITED STATES ATTORNEY
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, IDAHO 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>███████████████████ ELIZABETH RADA, ███████.<br><br>Defendants. | Case No. 1:24-cr-99-BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 924(d)<br>21 U.S.C §§ 841(a)(1), (b)(1)(A), (b)(1)B), and (b)(1)(C)<br>21 U.S.C. § 846<br>21 U.S.C. § 853<br>28 U.S.C. § 2641(c) |

The Grand Jury charges:

### COUNT ONE

**Conspiracy to Distribute Methamphetamine**
**21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846**

Beginning on or about October 2023 and continuing to on or about March 20, 2024, in the District of Idaho and elsewhere, the Defendants, ███████████████████

**INDICTMENT - 1**

██████████████████████████████████ ELIZABETH RADA,

████████████, knowingly and intentionally combined, conspired, confederated and agreed together and with other persons, known and unknown to the Grand Jury, to commit the following offenses against the United States: distribution of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## COUNT TWO

**Distributing Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about October 27, 2023, in the District of Idaho, the Defendants, ████████ ██████████████████████████, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT THREE

**Distributing Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about November 28, 2023, in the District of Idaho, the Defendants, ██████ ██████████████████████████, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT FOUR

**Distributing Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about December 6, 2023, in the District of Idaho, the Defendants, ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT FIVE

**Distributing Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about December 14, 2023, in the District of Idaho, the Defendants, ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT SIX

**Distributing Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about January 2, 2024, in the District of Idaho, the Defendant, ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

INDICTMENT - 3

## COUNT SEVEN

### Distributing Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(B)

On or about January 11, 2024, in the District of Idaho, the Defendant, ▮▮▮▮▮▮▮▮, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT EIGHT

### Distributing Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(B)

On or about February 6, 2024, in the District of Idaho, the Defendants, ▮▮▮▮▮▮▮▮, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT NINE

### Distributing Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(B)

On or about February 8, 2024, in the District of Idaho, the Defendants, ▮▮▮▮▮▮▮▮ ELIZABETH RADA, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT TEN

### Distributing Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(B)

On or about February 12, 2024, in the District of Idaho, the Defendants, ▆▆▆▆▆ ▆▆ ELIZABETH RADA, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT ELEVEN

### Distributing Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(B)

On or about February 12, 2024, in the District of Idaho, the Defendant, ▆▆▆▆▆▆▆, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT TWELVE

### Distributing Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(B)

On or about February 20, 2024, in the District of Idaho, the Defendant, ▆▆▆▆▆▆▆, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT THIRTEEN

### Possession with Intent to Distribute Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(B)

On or about March 10, 2024, in the District of Idaho, the Defendant, ▮▮▮▮▮▮▮▮, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT FOURTEEN

### Possession with Intent to Distribute Methamphetamine and Cocaine
### 21 U.S.C. § 841(a)(1), (b)(1)(A), and (b)(1)(B)

On or about March 20, 2024, in the District of Idaho, the Defendant, ▮▮▮▮▮▮▮▮▮▮▮▮, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A); and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT FIFTEEN

### Possession of Firearm in Furtherance of a Drug Trafficking Crime
### 18 U.S.C. § 924(c)

On or about March 20, 2024, in the District of Idaho, the Defendant, ▮▮▮▮▮▮▮▮▮▮▮▮, knowingly possessed a firearm, to wit: a Sig Sauer P365, 9mm pistol, bearing serial number 66A126752, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute

INDICTMENT - 6

methamphetamine and cocaine, as charged in Count Fourteen of this Indictment, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Section 924(c).

## CRIMINAL FORFEITURE ALLEGATION
### 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2641(c)

Upon conviction of one or more of the offenses alleged in this Indictment, the Defendants, ███████████████████████████████████████, ███████████████████████████, ELIZABETH RADA, █████████████████ shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendant obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses. In addition, the United States shall seek forfeiture of any firearms or ammunition involved or used in the commission of any of the offenses pursuant to 18 U.S.C. § 924(d), including but not limited to the firearms or ammunition listed below.

The property to be forfeited includes, but is not limited to, the following:

1. <u>Firearm Seizures.</u>

    a. Sig Sauer P365, 9mm pistol, bearing serial number 66A126752.

2. <u>Cash Seizures.</u>

    a. Approximately $6,000 seized on March 10, 2024; and

    b. approximately $42,234 seized on March 14, 2024.

3. <u>Unrecovered Cash Proceeds and/or Facilitating Property.</u>  The Defendants obtained and controlled unrecovered proceeds of the offense of conviction, or property derived

INDICTMENT - 7

from or traceable to such proceeds, and property the defendant used to facilitate the offense (if facilitation is alleged), but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

4. <u>Substitute Assets</u>. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 9th day of April, 2024.

A TRUE BILL

/s/ [signature on reverse]

_____
Foreperson

JOSHUA D. HURWIT
United States Attorney
By:

_____
ERIN C. BLACKADAR
CHRISTIAN S. NAFZGER
Assistant United States Attorneys

**INDICTMENT - 8**