Elizabeth Rada
Case # 1:24-cr-00099-BW

December 11, 2024

Att: Honorable Judge Winmill
Clerk of Courts
Federal Court House

RECEIVED
DEC 17 2024
Ada County Clerk

U.S. COURTS
DEC 19 2024
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Dear Honorable Judge Winmill,

I am contacting you to let you know that I would like to request a new attorney. My current attorney, Robin Fyffe, has not helped me in any way to understand or to fight my case. As a matter of fact she has lied to me on several occasions and has disappeared without contact for months at a time. Even with my family and friends trying to contact her thru her cell phone and thru email she will not answer the phone or any type of correspondence from anyone.

I politely and respectfully would like to request an attorney that would be willing to put the work in front of the court, review the discovery and the entire case and assist me in getting the best outcome. I do not believe this is possible with Robin Fyffe. If possible I would like someone with pretrial experience and someone who would answer their phone and show up to court on time.

I want to make it clear that I fully respect your court and appreciate your time and attention. Thank you Your Honor.

Sincerely,

*Elizabeth Rada*

Elizabeth Rada  12-11-24