UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH RADA,<br><br>Defendant. | Case No. 1:24-cr-00099-BLW<br><br>**ORDER** |

The Court has before it a motion to continue sentencing filed by the defendant, Elizabeth Rada. (Dkt. 228). Ms. Rada has already entered a guilty plea, so this request does not raise any speedy trial issues and the Government does not oppose the motion.

The statements of defense counsel establish that the sentencing hearing should be reset on **March 19, 2025 at 1:30 p.m**. at the United States Courthouse in Boise, Idaho. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the motion to continue sentencing hearing (Dkt. 228) shall be, and the same is hereby GRANTED, and that the present hearing date be VACATED, and that a new hearing be set for **March 19, 2025 at 1:30 p.m.** at the United States Courthouse in Boise, Idaho.

**ORDER - 1**

IT IS FURTHER ORDERED that any objection to the initial PSR shall be filed on or before **February 19, 2025.** The Final PSR shall be filed on or before **March 5, 2025** and all sentencing memorandum shall be filed on or before **March 12, 2025.**

DATED: January 21, 2025

B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**